**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 26-211** |
| **ABDEL ADHAMI** | **SECTION: "P" (3)** |

# ORDER

Before the Court is Defendant Abdel Adhami's Emergency Motion and Incorporated Memorandum to Revoke the Stay of Mr. Adhami's Release.[1]

On October 14, 2026, the Magistrate Judge held a detention hearing as to Defendants Abdel Adhami and Omar Adhami.[2] At the conclusion of the hearing, the Magistrate Judge ordered the defendants be released on bond, but the Magistrate Judge stayed the release of the defendants until 5:00 p.m. on October 16, 2026.[3] On October 16, 2026, the Government moved the Court to extend the stay of Defendants' release and to revoke the Magistrate Judge's order of release, pursuant to 18 U.S.C. § 3145(a)(1). After reviewing the Government's motion, the record, and the applicable law, the Court granted the Government's motion insofar as the Government sought to extend the stay of Defendants' release pending the Court's review of the Magistrate Judge's release order.[4] The Court has now set the Government's Motion to Revoke the Magistrate's Release Order for hearing on October 26, 2026, at 10:00 a.m.

Although Section 3145 does not expressly authorize a stay, the Fifth Circuit has held that a district court has the authority to stay a magistrate judge's release order pending the district court's review of that order.[5] In support of its holding, the Fifth Circuit explained that "given that

---

[1] R. Doc. 50.
[2] R. Docs. 36, 37.
[3] *Id.*
[4] R. Doc. 49.
[5] *United States v. Brigham*, 569 F.3d 220, 230 (5th Cir. 2009).

the issue being reviewed involves a person's release from custody pending further legal proceedings, the absence of a stay order could render the district court's review power illusory. Specifically, if the district court disagrees with the magistrate judge's determination regarding release versus detention, but no stay is in place, the person in question may have harmed the community or disappeared by the time the district court's ruling is rendered and detention is ordered."[6] The Fifth Circuit further explained that because Section 3145(a) "requires that review of a release order be determined 'promptly,'" defendants are "protected from prolonged interim detention if a release order is later upheld by the reviewing district court."[7] Considering this authority, the Court finds no basis to revoke its order granting an extension of the stay of Abdel Adhami's release from the custody of the U.S. Marshal. Accordingly,

**IT IS ORDERED** that Defendant Abdel Adhami's Emergency Motion to Revoke the Stay of Mr. Adhami's Release (R. Doc. 50) is **DENIED**.

New Orleans, Louisiana, this 19th day of October 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

[6] *Id.*
[7] *Id.*